# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV167

| | |
|---|---|
| MOFFITT INTERNATIONAL, INC., | |
| Plaintiff, | |
| Vs. | J U D G M E N T |
| CONSTRUCTION RECRUITING SERVICES, LLC, and AVERY R. FORESTER, | |
| Defendants. | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff have and recover of Defendants, jointly and severally, statutory damages in the amount of **TEN THOUSAND DOLLARS ($10,000.00)** with interest thereon at the current legal rate from entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED** that Plaintiff shall have and recover of the Defendants, jointly and severally, attorney fees in the amount of **TWENTY THREE THOUSAND, SEVEN HUNDRED, THIRTY-TWO**

**DOLLARS AND FIFTY CENTS ($23,732.50)** and the costs of this action in the amount of **THREE HUNDRED FIFTY DOLLARS ($350.00).**

  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants, their agents, servants, employees and/or representatives and all those persons who act in concert or participation with them or all of them, individually or jointly, and each and all of them are hereby **PERMANENTLY BARRED AND ENJOINED** from using Plaintiff's trade name and service mark, "Moffitt International, Inc.", and domain name, "emoffitt.com", or any other name or mark confusingly similar thereto including, but not limited to, "emofitt.com" and "emoffit.com", in connection with any services or products, on the Internet or in any other medium.

  **IT IS FURTHER ORDERED** that Defendants, their agents, servants, employees and/or representatives and all those persons who act in concert or participation with them or all of them, individually or jointly, and each and all of them are hereby **PERMANENTLY BARRED AND ENJOINED** from using any other trademark, service mark, trade name, corporate name, domain name, word, or symbol, or doing any other acts, likely to induce the belief that Defendants' services, products or business are Plaintiff's services, products or business or that Defendants are in any way

connected, endorsed, sponsored, affiliated, or associated with Plaintiff or with Plaintiff's services, products, or business or doing any other acts likely to injure Plaintiff's good will or business reputation.

**IT IS FURTHER ORDERED** that the domain names, "emofitt.com" and "emoffit.com", shall be **ASSIGNED** by Defendants to Plaintiff within **THIRTY DAYS** from the date this Judgment is served upon Defendants so as to avoid the likelihood of further confusion. Defendants shall cooperate with Plaintiff so that such transfer of the domain names shall occur.

**IT IS FURTHER ORDERED** that, within **THIRTY DAYS** from the date this Judgment is served upon Defendants, Defendants shall file with this Court and serve upon Plaintiff a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with this Permanent Injunction, in accordance with 15 U.S.C. § 1116(a).

Signed: August 5, 2009

Lacy H. Thornburg
United States District Judge